[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10446
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 25, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00079-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS EDWARD LONGMIRE,
a.k.a. Tommy Longmire,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(March 25, 2008)**

Before CARNES, BARKETT and PRYOR,Circuit Judges

PER CURIAM:

Dennis J. Knizley, appointed counsel for Thomas Edward Longmire in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Longmire's convictions and sentences are **AFFIRMED**.